UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JEFFERSON OF SOUTH BEACH, L.C.
d/b/a THE RESIDENCES OF
SOUTH BEACH,

CASE NO:   1:15-cv-24519-DPG

    Plaintiff,

vs.

CHUBB CUSTOM
INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Chubb Custom Insurance Corporation, files this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.  Chubb Custom Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

    BUTLER WEIHMULLER KATZ CRAIG LLP

    /s/  Timothy R. Engelbrecht
    WILLIAM R. LEWIS, ESQ.
    Florida Bar No.:  0879827
    Email: wlewis@butler.legal
    TIMOTHY R. ENGELBRECHT, ESQ.
    Florida Bar No.:  37009
    Email: tengelbrecht@butler.legal
    Secondary Email:  eservice@butler.legal
    400 N. Ashley Drive, Suite 2300
    Tampa, Florida  33602
    Telephone:   (813) 281-1900
    Facsimile:    (813) 281-0900
    Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on December 9, 2015, on all counsel or parties of record on the Service List Below.

    Isarel J. Burdick, Esq.
    Ligman Martin, P.L.
    15715 South Dixie Highway, Suite 319
    Miami, FL  33157

/s/  Timothy R. Engelbrecht
TIMOTHY R. ENGELBRECHT, ESQ.